| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| v. | * | OF MARYLAND |
| | * | AG No. 60 |
| CHUKWUEMEKA A. NJOKU | * | September Term, 2025 |

ORDER

Upon consideration of the parties' joint petition for 60-day suspension stayed in favor of one year of probation under the terms and conditions of the parties' probation agreement, it is this 27th day of May 2026, by the Supreme Court of Maryland,

ORDERED that Respondent, Chukwuemeka A. Njoku, be suspended from the practice of law in Maryland for a period of 60 days for violations of Rules 1.7(a)(2), 1.8(e)(1)(2), 8.4(a) and (d) of the Maryland Attorneys' Rules of Professional Conduct, with the suspension stayed for a period of one year under the terms and conditions of the parties' probation agreement; and it is further

ORDERED that, within 90 days of the date of this Order, the Respondent shall pay $1,126.40 to the Attorney Grievance Commission as reimbursement for the costs associated with this matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk